IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

DONALD MATHIS                                                                                          PLAINTIFF

VS.                                          Civil No. 08-CV-1021

BRIAN BAKER, et al.                                                                              DEFENDANTS

**<u>ORDER</u>**

    Now on this 9th day of November, 2009, comes on for consideration the proposed findings and recommendations filed herein on October 20, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts <u>in</u> <u>toto</u> the findings and recommendations.

    Accordingly, the court finds that the Defendants' Motions to Dismiss [Doc. 25 and Doc. 34] should be and are hereby granted. This matter is dismissed on the grounds Plaintiff has failed to prosecute this action and obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

                                                /s/ Harry F. Barnes
                                                **HARRY F. BARNES**
                                                **U.S. DISTRICT JUDGE**